Jenna Szala, Appellant, v. Stefania Rak, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ. ·

Helen C. Murray, Respondent, v. Leslie H. Murray, Appellant.— Order reversed and motion denied, and stay vacated. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of Henry Rapkin, Inc., Respondent, against Paragon Trading Corporation, Appellant.— Order modified by allowing an alternative order of mandamus, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

Arthur Brawer and Others, Respondents, v. Mendelson Bros. Factors, Inc., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

Ward Baking Company, Respondent, v. Tip Top Bakeries, Inc., Appellant. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

Joseph Rosenblatt, Respondent, v. Harry Meirowitz, Appellant.— Order so far as appealed from modified by granting motion for examination of plaintiff before trial as to items 3, 6 and 7, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

Helen Sullivan, Respondent, v. Joseph Sullivan, Appellant.— Order modified by reducing the amount of alimony for the support and maintenance of the plaintiff to the sum of fifteen dollars per week, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

Bank of Manhattan Trust Company, Successor to American Trust Company, as Trustee, etc., Respondent, v. 251 West 71st Street, Inc., Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

Carmelo Leone and Others, Appellants, v. William J. Murphy, Respondent, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

Carmelo Leone and Others, Appellants, v. William J. Murphy, Defendant, Impleaded with William J. McSorley, as General President of the Wood, Wire and Metal Lathers' International Union, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

Celia Cohen and Others, Respondents, v. David Reisfield, Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

Edward C. Schoell and Eugenia J. Schoell, His Wife, Appellants, v. One Hundred Eightieth Street Leasing Co., Inc., and Others, Defendants,